**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DR. STEVEN ARKIN, a Florida resident individually and as the representative of a class of similarly-situated persons,**

**Plaintiff,**

**vs.** **Case No. 8:16-cv-321-T-27TBM**

**INNOCUTIS HOLDINGS, LLC, CIPHER PHARMACEUTICALS US LLC, Delaware limited liability companies, and JOHN DOES 1-10,**

**Defendants.**
________________________________/

**AMENDED ORDER**
(to correct scrivener's error in Dkt. 38)

**BEFORE THE COURT** is Agreed to Motion for Enlargement of Time for Defendants Innocutis Holdings, LLC and Cipher Pharmaceuticals US LLC to Respond to Amended Complaint and Notice of Settlement in Principle (Dkt. 37). Upon consideration, the Motion (Dkt. 37) is **GRANTED.** Defendants' response to the Amended Complaint (Dkt. 33) is due on July 12, 2016. Additionally, because the Court has been advised this action has been settled in principle, the Clerk is directed to **ADMINISTRATIVELY CLOSE** the file.

**DONE AND ORDERED** this 24th day of June, 2016.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record