**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| DR. STEVEN ARKIN, a Florida resident, individually and as the representative of a class of similarly-situated persons, | ) | |
| Plaintiff, | ) | Civil Action No.: 8:16-cv-00321-JDW-TBM |
| v. | ) | **CLASS ACTION** |
| INNOCUTIS HOLDINGS, LLC, CIPHER PHARMACEUTICALS US LLC and JOHN DOES 1-10, | ) | |
| Defendants. | ) | |

# JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, DR. STEVEN ARKIN and Defendants, INNOCUTIS HOLDINGS LLC and CIPHER PHARMACEUTICALS US LLC, through their undersigned attorneys, hereby voluntarily dismiss this action with prejudice, class allegations without prejudice, each side to bear its own costs.

s/Ryan M. Kelly
Ryan M. Kelly - FL Bar No. 90110
ANDERSON + WANCA
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500

*Attorneys for Plaintiff*

s/ Brian M. Ercole (with authorization)
Brian M. Ercole – FL Bar No.: 0102189
Robert M. Brochin – FL Bar No.: 319661
David C. Behar – FL Bar No.: 097807
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Telephone: 305-415-3000

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2016, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly